# MEMORANDA OF OPINIONS

## FIRST DISTRICT OF THE APPELLATE COURT

—ON—

OCTOBER 6, 8 AND 20, 1908, NOT REPORTED IN FULL.

---

## Chicago Junction Railway Company, Appellee, v. Manhattan Brewing Company, Appellant.

### Gen. No. 14,122.

This was an appeal by the defendant from a judgment rendered in assumpsit recovered by the plaintiff for hauling certain cars for the defendant. No question of law was decided by the court, the controversy being with respect to what tariff rates should be charged for the services in question. In conclusion the court says:

"We think that the charges made by the plaintiff to the defendant based on the rates fixed by tariff 112 on incoming cars and on the rates fixed by tariff 129 on outgoing cars are proper charges, and that the amount of the recovery was due from the defendant to the plaintiff for the services in question."

Assumpsit. Appeal from the County Court of Cook county; the Hon. W. H. HINEBAUGH, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1907. Affirmed. Opinion filed October 6, 1908.

MAYER, MEYER & AUSTRIAN, for appellant.

WINSTON, PAYNE, STRAWN & SHAW, for appellee; JOHN D. BLACK and MAX H. WHITNEY, of counsel.

MR. JUSTICE BAKER delivered the opinion of the court.